# Third District Court of Appeal
## State of Florida

Opinion filed October 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0734
Lower Tribunal No. 19-16332
_____

**Arthur Morburger,**
Appellant,

vs.

**Yellow Funding Corp., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Max A. Goldfarb, for appellant.

Michel O. Weisz, P.A., and Michel O. Weisz; Bakalar & Associates, P.A., and Raymond A. Piccin (Boca Raton), for appellees.

Before SCALES, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.